United States District Court
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 AUG 16  AM 10: 56
LORETTA G. WHYTE
CLERK

Rene Gibson SR

VS

Officer Boyd #01003

Eddie Compass

Civil Action
No. 04-2221
Section SECT. 1 MAG. 4

\* COMPLAINT

Officer Boyd, fail to tell me what He was arresting me for until, I got to C.L.W. Did not read me my Rights fail to get me medical attention for running my head into police car. Arresting me at 4002 S. Carrollton Ave #317 on 7-20-04 Did not read me my Maranda Right

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

*Relief

Seeking medical payment
monatary damages
punitive damages
pain & suffering

*Rene Gibson, Sr.
2424 Felicity St
N.O. LA. 70113

Rene Gibson Sr
_____
Signature of Plaintiff

# United States District Court

DISTRICT OF _____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, **Rone Gibson Sr.** _____ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [✓] Yes    [ ] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration **Orleans Parish Jail TP2 c2**

   Are you employed at the institution? ___    Do you receive any payment from the institution? ___

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [✓] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [✓] No
   b. Rent payments, interest or dividends             [ ] Yes    [✓] No
   c. Pensions, annuities or life insurance payments   [ ] Yes    [✓] No
   d. Disability or workers compensation payments      [✓] Yes    [ ] No   *Disability $597 mo
   e. Gifts or inheritances                            [ ] Yes    [✓] No
   f. Any other sources                                [ ] Yes    [✓] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   $125.00 m̄   *Renee Gibson DAUGHTER
                *Rondarius Gibson SON

declare under penalty of perjury that the above information is true and correct.

08-06-04   _Rene Gibson SR_
DATE        SIGNATURE OF APPLICANT